**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STRUCTURAL GROUP, INC.,** | : | **CIVIL ACTION NO. 1:07-CV-01793** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **LIBERTY MUTUAL INSURANCE** | : | |
| **COMPANY,** | : | |
| **Defendants** | : | |
| | : | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | : | |
| | : | |
| **LIBERTY MUTUAL INSURANCE** | : | |
| **COMPANY,** | : | |
| **Third Party Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LYONS CONSTRUCTION** | : | |
| **SERVICES, INC.,** | : | |
| **Third Party Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 15th day of June, 2011, upon consideration of the motion in limine (Doc. 58) filed by plaintiff Structural Group, Inc. ("Structural"), wherein Structural requests that the court prevent two witnesses—Dennis Pisarcik, Esquire ("Mr. Pisarcik"), and Stephen Rae, Esquire ("Mr. Rae") from testifying in the form of a legal conclusion, and the court anticipating that the testimony of Mr. Pisarcik and Mr. Rae will include admissible testimony pertaining to factual matters, and the court concluding that it must consider the allegedly inadmissible legal conclusions in the context of trial, it is hereby ORDERED that Structural's

motion in limine (Doc. 58) is DENIED, without prejudice to Structural's right to

object to evidence that Structural believes is improperly offered at trial.


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge